UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA AIRLINES INC. PENSION/BENEFIT ADMINISTRATIVE COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON WESTHOLT,<br><br>Defendant. | CASE NO. C17-0994-JCC<br><br>MINUTE ORDER VACATING ENTRY OF DEFAULT |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant Cameron Westholt's motion to vacate this Court's entry of default is GRANTED. The Defendant is ORDERED to file his answer in this matter within two court days of entry of this order.

DATED this 6th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk